**510**

PER CURIAM.

This Court having at its November Term, 1948, rendered its decision, 170 F.2d 676, affirming the judgment of the said District Court appealed from in this cause, 77 F.Supp. 980, and the appellant having on January 6, 1949, filed a petition for a rehearing of the said cause, and the same having been carefully considered,

The court holds that nothing in its opinion was intended to prejudice the appellant in any other action not now before this court which she has brought or may hereafter bring for a refund on the income tax paid by her for the calendar year 1943; and nothing in its opinion was intended to prescribe the conditions precedent to such an action. With this understanding, the rehearing asked for is denied.

Let mandate issue after the expiration of five days.

---

**PAULUHN ELECTRIC MFG. CO., Inc., Petitioner**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 115, Docket 22822.**

United States Court of Appeals Second Circuit.

Argued Jan. 6, 1954.

Decided Jan. 22, 1954.

Lewis Ginsburg, New York City, for petitioner.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Lee A. Jackson, William L. Norton, Jr., Sp. Assts. to Atty. Gen., for respondent.

Before CHASE, Chief Judge, CLARK, Circuit Judge, and GIBSON, District Judge.

PER CURIAM.

Affirmed on opinion below and Long Island Drug Co. v. Commissioner of Internal Revenue, 2 Cir., 111 F.2d 593.